```
 1  ALAN B. YUTER (SBN 101534)
    THOMAS A. BURGOS III (SBN 193434)
 2  SELMAN BREITMAN LLP
    11766 Wilshire Boulevard,
 3  Sixth Floor
    Los Angeles, CA  90025
 4  Telephone:(310) 445-0800
    Facsimile:(310) 473-2525
 5
    Attorneys for Defendant
 6  NATIONAL CASUALTY COMPANY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTVi GROUP LLC, a Delaware limited liability company; and THE MTVi GROUP, L.P., a Delaware limited partnership,<br><br>    Plaintiffs,<br>v.<br>NATIONAL CASUALTY COMPANY, a Wisconsin corporation,<br><br>    Defendant. | CASE NO. CV04-2544 R (CTX)<br><br>[~~PROPOSED~~] ORDER GRANTING SUMMARY JUDGMENT, ~~OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT~~ IN FAVOR OF DEFENDANT NATIONAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

The motion of defendant National Casualty Company ("NCC") for summary judgment or, in the alternative, Partial Summary Judgment, pursuant to Federal Rule of Civil Procedure section 56(c) came on regularly for hearing before this court on November 29, 2004 in Courtroom 8, Honorable Manuel L. Real, Judge presiding.

David P. Schack, Esq. appeared for Plaintiffs MTVi

1

GROUP LLC, and THE MTVi GROUP, L.P. and Alan B. Yuter appeared for Defendant NCC.

After full consideration of the evidence, including the declarations of Michael DiSilvestro, Alan B. Yuter, Thomas A. Burgos III, and all exhibits thereto, including the NCC policy issued to Plaintiffs, the separate statement of NCC, the authorities submitted by counsel, as well as counsels' oral argument, the court finds there are no triable issues of material fact in this action and that NCC is entitled to Summary Judgment on the Plaintiffs' entire complaint.

~~In the alternative, NCC is entitled to Partial Summary Judgment on the following issues:~~

~~1) The Plaintiffs settled the underlying claim without the written agreement of NCC. The No Voluntary Payment Provision does not require a showing of prejudice to be enforced;~~

~~2) There are multiple genuine issues as to coverage in the instant matter. Therefore, as a matter of law, there can be no breach of the covenant of good faith and fair dealing and, thus, the Plaintiffs cause of action must fail;~~

~~3) The Plaintiffs have failed to show by clear and convincing evidence that the NCC acted with malice, oppression or fraud, which would subject it to punitive liability.~~

///

///

1     IT IS THEREFORE ORDERED that said Motion for Summary
2 Judgment, ~~or in the alternative, Partial Summary~~
3 ~~Judgment~~ is GRANTED and that judgment shall be entered
4 in favor of NCC against the Plaintiffs.
5 DATED: Nov. 29, 2004

7 By: _____
    Honorable Manuel L. Real
8     Federal District Court Judge

# PROOF OF SERVICE

*MTVi GROUP INC. et al. v. NATIONAL CASUALTY COMPANY*

USDC Case No.: CV04-2544 MMM (CTx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 11766 Wilshire Boulevard, Sixth Floor, Los Angeles, CA 90025. On **November 10, 2004**, I served the following document(s) described as **ORDER RE DEFENDANT NATIONAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**See Attached Service List**

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to   for delivery to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s).

☒ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee as indicated on the attached Service List. FIRST LEGAL SUPPORT SERVICES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 10, 2004, at Los Angeles, California.

_____         _____
First Legal Support Services Name       First Legal Support Services Signature

MTVi GROUP INC. et al. v. NATIONAL CASUALTY COMPANY

Selman Breitman LLP
ATTORNEYS AT LAW

216849.1 380 17589

1

**SERVICE LIST**

| | |
|---|---|
| David P. Schack, Esq.<br>Kevin S. Asfour, Esq.<br>KIRKPATRICK & LOCKHART LLP<br>10100 Santa Monica Blvd.,<br>Seventh Fl.<br>Los Angeles, CA  90067 | Attorneys For Plaintiffs MTVi GROUP LLC and THE MTVi GROUP L.P.<br><br>Tel:  (310) 552-5000<br>Fax:  (310) 552-5001 |

216849.1 380.17589