

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-04-2544-R**                              Date: **NOV. 29, 2004**

**TITLE:** MTVi GROUP LLC et al V. NAT'L CASUALTY CO
==================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | Leonore LeBlanc |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

David Schack                                                                Alan Yuter


**PROCEEDINGS:**   Plaintiffs' motion for partial summary judgment
Plaintiff's motions in limine 1, 2 & 3
Defendant's motion for summary judgment or partial summary judgment


**THE COURT DENIES PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT.**

**THE COURT DENIES PLAINTIFF'S MOTIONS IN LIMINE # 1 AND # 3, AND GRANTS PLAINTIFF'S MOTION IN LIMINE # 2, AS STATED ON THE RECORD.**

**THE COURT GRANTS DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND SIGNS THE PROPOSED ORDER AND STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW.  DEFENDANT SHALL SUBMIT A SEPARATE PROPOSED JUDGMENT.**



**MINUTES FORM 11**                                                     Initials of Deputy Clerk, WH
**CIVIL -- GEN**